# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| CHRISTINA NULPH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TURNING POINT HOLDING COMPANY, LLC, et al.<br><br>Defendants. | Civil No.: 20-6089-RMB-SAK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in accordance with the Settlement Agreement entered into by the parties, Plaintiff Christina Nulph and Defendants Turning Point Holding Company, LLC; Turning Point of New Jersey, LLC; The Turning Point of Brick, LLC; The Turning Point of Hoboken, LLC; The Turning Point of Holmdel, LLC; The Turning Point of Little Silver, LLC; The Turning Point of Long Branch, LLC; The Turning Point of Manalapan, LLC; The Turning Point of Westfield, LLC; Turning Point of Cherry Hill, LLC; The Turning Point of Marlton, LLC; Turning Point of Moorestown, LLC; Turning Point of Princeton, LLC; and Turning Point of Sea Girt, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its

own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: April 5, 2023

| **CONNOLLY WELLS & GRAY, LLP** | **COZEN O'CONNOR** |
|---|---|
| By: */s/ Gerald D. Wells, III* <br> Gerald D. Wells, III <br> Robert J. Gray <br> 101 Lindenwood Drive, Suite 225 <br> Malvern, PA 19355 <br> Telephone: 610-822-3700 <br> Facsimile: 610-822-3800 <br> gwells@cwglaw.com <br> rgray@cwglaw.com | By: */s/ Paul K. Leary, Jr.* <br> Paul K. Leary, Jr. (NJ 008841999) <br> One Liberty Place <br> 1650 Market Street, Suite 2800 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 665-2000 <br> Facsimile: (215) 665-2013 <br> pleary@cozen.com <br> <br> *Attorneys for Defendants* |
| **CARLSON LYNCH LLP** <br> Edward Ciolko (NJ ID# 005462002) <br> 1133 Penn Ave, 5th Floor <br> Pittsburgh, PA 15222 <br> T: 412-322-9243 <br> F: 412-231-0246 <br> eciolko@carlsonlynch.com <br> <br> *Attorneys for the Plaintiff and the Proposed Classes* | |